AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Guillermo Garcia-Mendoza<br><br>*Defendant(s)* | Case No.  5:25mj1219 |

**FILED**
5:34 pm Sep 05 2025
Clerk U.S. District Court
Northern District of Ohio
Akron

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  7-21-2022 through 8-15-22  in the county of  Tuscarawas  in the
Northern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028A, 42 U.S.C. § 408(a)(7)(B), and 18 USC § 1015(e) | Aggravated Identity Theft, Use of False Security Number, and False claim to US Citizenship with intent to obtain benefits/employment |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

BPA Michelle C. Gentzsch, USBP
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date:  September 5, 2025

_____
*Judge's signature*

City and state:  Cleveland, Ohio         U.S. Magistrate Judge Amanda M. Knapp
*Printed name and title*